# United States District Court
## For The Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>GABREILLE C. MURRAY | JUDGMENT IN A CRIMINAL CASE<br>(Petty / Misdemeanor Offenses)<br><br>Case Number: 1:19-po-2<br><br>Tony Rollman<br>Defendant's Attorney |

**FILED**
ASHEVILLE, NC

OCT 22 2019

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

**THE DEFENDANT:**

☒ pleaded guilty to count 1

| Title and Section | Nature of Offense | Date of Offense | Counts |
|---|---|---|---|
| 18 USC 1713 | ISSUANCE OF MONEY ORDERS WITHOUT PAYMENT | 7/18/2017 – 08/18/2017 | 1 |

**IMPOSITION OF SENTENCE:**
That the defendant pay a fine in the amount of $1,000. All monies due by 11/19/2019.

Date of Imposition of Sentence: 10/22/2019

Signature Line

Title of Signing Officer
United States District Court

**RETURN**

I have executed this Judgment as follows: _____

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal